

**FILED**

MAY 1 4 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ARSCENIO TONY NOT AFRAID, Defendant. | CR 17-109-BLG-SPW<br><br>ORDER |

Upon the United States' Motion to Dismiss with Prejudice Forfeiture Allegation (Doc. 29) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 11th day of May, 2018.

SUSAN P. WATTERS
United States District Court Judge

1