

FILED

JAN 2 0 2022

Clerk, U.S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARSCENIO TONY NOT AFRAID,<br><br>Defendant. | CR 17-109-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, ARSCENIO TONY NOT AFRAID is hereby released from the custody of the U.S. Marshal Service.

DATED this 20th day of January, 2022.

Susan P. Watters

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1